

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 11, 2018

**BY ECF AND EMAIL**
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    United States v. Rodolfo Sablon, 17 Cr. 503 (AJN)

Dear Judge Nathan:

    Through his counsel, defendant Rodolfo Sablon has expressed a desire to change his plea to guilty under a proposed plea agreement with the Government. The Government and defendant Sablon through his counsel respectfully request that a change of plea hearing be scheduled before the Court on a date convenient for the Court next week. Per Your Honor's Individual Practices, the parties will separately forward a copy of the proposed plea agreement to Your Honor's Chambers in advance of the change of plea hearing.

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney

By: _____
    Andrea M. Griswold / Samson Enzer
    Assistant United States Attorneys
    (212) 637-1205 / -2342

cc:  All counsel of record