

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 30, 2018

**BY ECF AND EMAIL**
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Michael Siva et al.*, 17 Cr. 503 (AJN)

Dear Judge Nathan:

    Defendant Rodolfo Sablon pled guilty on July 17, 2018 before Magistrate Judge Debra C. Freeman and defendant Jhonatan Zoquier pled guilty on August 6, 2018 before Magistrate Judge Katharine H. Parker. The Government respectfully requests that Your Honor accept these defendants' guilty pleas. Enclosed for Your Honor's consideration are (1) a proposed Order accepting these defendants' guilty pleas and (2) transcripts of their plea allocutions.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By: _____
    Andrea M. Griswold / Samson Enzer
    Assistant United States Attorneys
    (212) 637-1205 / -2342

cc:  All counsel of record