UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Rodolfo Sablon,

Defendant.

17-cr-503 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Defendant filed a motion for early termination of supervised release on February 24, 2021. The Government has not responded to Defendant's motion. The government has until March 22, 2021 to respond or request more time.

The Clerk of Court is respectfully directed to mail this Order to the Defendant and note that mailing on the public docket.

SO ORDERED.

Dated: March 15, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1