USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Rodolfo Sablon,

Defendant.

17-cr-503 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Defendant's unopposed motion for early termination of supervised release is GRANTED.

This resolves Dkt. No. 185.  The Clerk of Court is respectfully directed to mail this Order to the

Defendant at the address listed in Defendant's motion.

SO ORDERED.

Dated: April 2, 2021
        New York, New York

_____
ALISON J. NATHAN
United States District Judge

1